**Ruth M. TONDER, Plaintiff–Appellant,**

v.

**Kenneth S. APFEL, Commissioner of Social Security, Defendant–Appellee.**

No. 00–2433.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 27, 2001.

Ruth M. Tonder, pro se. Lynne Ann Battaglia, United States Attorney, Allen F. Loucks, Office of the United States Attorney, Baltimore, MD, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Ruth M. Tonder appeals the district court's order granting the Commissioner of Social Security's motion for summary judgment and affirming the denial of social security disability insurance benefits. We have thoroughly reviewed the administrative record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Tonder v. Apfel*, No. CA–99–3207–WMN (D.Md. Sept. 20, 2000). We further deny as moot Tonder's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*